IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HILDEBRANDO NATER ROMAN

Petitioner

v.

JORGE L. OQUENDO-MALPICA,
WARDEN, et al.

Respondents

CIVIL NO. 97-1745(SEC)

Section 2254

## ORDER

| MOTION | RULING |
|---|---|
| Docket No. 28<br><br>"Motion to Request the Dismissal of the Habeas Corpus Petition" | GRANTED. |
| Docket No. 29<br><br>"Motion Requesting Leave to Withdraw as Attorney of Record for Co-defendants and Notice of Appearance" | GRANTED. |

In San Juan, Puerto Rico, this /0 day of November, 1999.

SALVADOR E. CASELLAS
U.S. District Judge

| Rec'd | To Judge |
|---|---|
| By | # 30 |