IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HILDEBRANDO NATER ROMAN

Petitioner

v.

JORGE L. OQUENDO-MALPICA,
WARDEN, et al.

Respondents

CIVIL NO. 97-1745

<u>Section 2254</u>

## JUDGMENT

Petitioner having served the totality of his sentence as attested to by the "Notification of Service of Sentence" ("Notificación Sobre Cambio de Fecha de Cumplimiento de Sentencia") filed as Exhibit 1 to the Motion to Request the Dismissal of the Habeas Corpus Petition (Docket No. 28) and, therefore, no longer being under the custody of the Commonwealth of Puerto Rico Administration of Corrections, it is hereby ORDERED and ADJUDGED that this case be hereby DISMISSED as moot.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this /5 day of November, 1999.

SALVADOR E. CASELLAS
U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)